[No. 1627-1.    Division One—Panel 2.    December 4, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. JIMMY HARM, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 59359, Edward E. Henry, J., entered April 18, 1972. *Dismissed* by unpublished per curiam opinion.

[No. 1235-1.    Division One—Panel 2.    December 4, 1972.]

BENJAMIN S. ASIA, *Respondent,* v. MILTON FROMER, *Appellant,*

Appeal from a judgment of the Superior Court for King County, No. 720190, Patrick McCabe, J., entered April 2, 1971. *Affirmed* by unpublished opinion per Farris, A.C.J., concurred in by James and Swanson, JJ.

[No. 1180-1.    Division One—Panel 1.    December 4, 1972.]

GENE SOOTER *et al., Respondents,* v. LEONARD LANKHAAR *et al., Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 44494, A. H. Ward, J. Pro Tem., entered March 17, 1971. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Horowitz, C.J., and Callow, J.

[No. 1906-1.    Division One—Panel 2.    December 4, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM J. STOCKMAN *et al., Appellants,* EASTGATE SEWER DISTRICT, ULID No. 4, *et al., Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 753920, Frank H. Roberts, Jr., J., entered September 1, 1972. *Affirmed* by unpublished per curiam opinion.